**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

FREDDIE RAY WALKER, SR.
ADC #085939                                                                                            PLAINTIFF

V.                                           5:04CV00300 SWW/JTR

GALEN LAY, Warden, Cummins
Unit, Arkansas Department of Correction, et al.                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended  Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' Motion to Dismiss (docket entry #9) is GRANTED, and this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2.      Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 15th of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE