**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDDIE RAY WALKER, SR.
ADC #085939                                                                                          PLAINTIFF

V.                                    5:04CV00300 SWW/JTR

GALEN LAY, Warden, Cummins
Unit, Arkansas Department of Correction, et al.                               DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth in this action. The dismissal of this action CONSTITUTES a "strike" within the meaning of 28 U.S.C. § 1915(g). Further, the Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith.

Dated this 15th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE